**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**HD SUPPLY, INC.**                                                                        **PLAINTIFF**

**VS.**                     **CIVIL ACTION NO. 3:08CV502–WHB–LRA**

**HOWARD INDUSTRIES, INC.**                                  **DEFENDANT**

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal, filed on February 5, 2009, by counsel for Plaintiff and counsel for Defendant, all claims of the Plaintiff against Defendant, are hereby dismissed without prejudice.

SO ORDERED this the 16th day of July, 2009.

                                                  <u>s/William H. Barbour, Jr.</u>
                                                  UNITED STATES DISTRICT JUDGE